BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. NOTTOLI, et al., | 1:13-CV-01551-LJO-BAM |
| Plaintiffs, | STIPULATION AND ORDER FOR STAY OF CIVIL PROCEEDINGS AND TOLLING OF ANY APPLICABLE FILING DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America and Plaintiffs Victor A. Nottoli, Jun Wu, Dezheng Wu, The Only Source Corporation, BioNaturals, Inc., and Victor A. Nottoli and Jun Wu Living Trust, by and through their respective counsel, that a stay is sought to allow the parties to pursue pre-indictment discussions that may lead to the resolution of this matter and others.

1. On or about June 26, 2013, the Drug Enforcement Administration and the Internal Revenue Service-Criminal Investigations, conducted seizures of bank accounts and other assets, including a large number of gift cards and sums of U.S. Currency from Plaintiffs' residence, business, and safe deposit box.  The affidavits remain sealed.

2. On September 12, 2013, Plaintiffs initiated this matter in the Eastern District of

California, *Nottoli et al. v. United States of America,* 1:13-CV-01551-LJO-BAM, ECF No. 2.

3. On October 8, 2013, Plaintiffs filed their *Summons Returned Executed*, with a service date of September 30, 2013, making the responsive pleading by the United States due to be filed on November 29, 2013. ECF No. 20.

4. The parties stipulate and agree that it is in the interests of justice that the Court stay this matter.  The parties are actively engaged in discussions that may lead to a resolution of both this matter and the parallel criminal investigation, and seek to pursue those negotiations before further litigating the issues raised in the motion.

5. Therefore, due to the discussions between the parties, the parties jointly request a stay of the instant civil action until January 31, 2014.

6. One week prior to the expiration of the stay, the parties shall file a joint status report informing the court whether a continuation of the stay is necessary or, if not, then resetting the hearing and responsive pleading deadlines.

7. Additionally, the parties agree and stipulate that any applicable civil asset forfeiture or criminal asset forfeiture filing deadlines with regard to the seized assets shall be likewise tolled for the period covered by the stay, thus excepting the time during the pendency of the stay from any computation of filing deadlines.

Dated:   October 23, 2013          BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Heather Mardel Jones
                                   HEATHER MARDEL JONES
                                   Assistant United States Attorney


Dated:   October 23, 2013

/s/ Courtney J. Linn
COURTNEY J. LINN
Attorney for Plaintiffs

### ORDER

Based on the stipulation of the parties (Doc. 21), this action is hereby STAYED until January 30, 2014. Any applicable civil asset forfeiture or criminal asset forfeiture filing deadlines with regard to the seized assets shall be likewise tolled for the period covered by the stay.

The Court sets a status conference for January 30, 2014, at 10:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. One week prior to the expiration of the stay, the parties shall file a joint status report informing the court whether a continuation of the stay is necessary.

IT IS SO ORDERED.

Dated: **October 23, 2013**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

3   Stipulation for Stay