IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. NOTTOLI, et al., </br></br>    Plaintiffs,</br></br>    v.</br></br>UNITED STATES OF AMERICA,</br></br>    Defendant. | 1:13-CV-01551-LJO-BAM </br></br> STIPULATION TO EXTEND STAY OF CIVIL PROCEEDINGS AND TOLLING OF ANY APPLICABLE FILING DEADLINES |

IT IS HEREBY STIPULATED between the United States of America and Plaintiffs Victor A. Nottoli, Jun Wu, Dezheng Wu, The Only Source Corporation, BioNaturals, Inc., and Victor A. Nottoli and Jun Wu Living Trust, by and through their respective counsel, to extend the stay that is currently in place, to allow the parties additional time to pursue pre-indictment discussions that may lead to the resolution of this matter and others.

1. On or about June 26, 2013, the Drug Enforcement Administration and the Internal Revenue Service-Criminal Investigations, conducted seizures of bank accounts and other assets, including a large number of gift cards and sums of U.S. Currency from Plaintiffs' residence, business, and safe deposit box.  The affidavits remain sealed.  The seized assets are as follows:

a. $818,890.00 seized from Citibank Account #40019819131, held in the name of De Zheng Wu with Jun Wu as Power of Attorney

b. $730,000.00 seized from Metro United Account #760052602, held in the name of Victor A. Nottoli and Jun Wu Living Trust

c. $680,000.00 seized from JPMorgan Account #2973285105, held in the name of De Zheng Wu with Jun Wu as Power of Attorney

d. $488,800.00 seized from Wells Fargo Account #9763356988, held in the name of De Zheng Wu with Jun Wu as Power of Attorney

e. $300,000.00 in U.S. Currency seized from Bank of America Safe Deposit Box 5961N, held in the name of Victor Nottoli and Jun Wu

f. $275,722.00 in U.S. Currency seized from 20 Madrone Place, Hillsborough, CA

g. $150,000.00 seized from HSBC Account #277-46861-2, held in the name of Victor Anthony Nottoli and Jun Wu

h. $48,061.76 seized from Bank of America Account #164102381136, held in the name of The Only Source Corporation

i. $40,180.80 seized from Bank of America Account #325012948880, held in the name of Victor A. Nottoli and Jun Wu Living Trust

j. 109 assorted gift cards with a combined value of approximately $35,959.91 seized from Victor Nottoli, 20 Madrone Place, Hillsborough, CA

k. $28,196.21 seized from Bank of America Account #383412969, held in the name De Zheng Wu with Jun Wu as Power of Attorney

l. $9,732.31 seized from Bank of America Account #1269615448, held in the name of BioNaturals, Inc.

m. $2,705.00 in U.S. Currency seized from The Stuffed Pipe, 5135 W. Shaw Ave, Fresno, CA

2. On September 12, 2013, Plaintiffs initiated the instant matter in the Eastern District of California, *Nottoli et al. v. United States of America,* 1:13-CV-01551-LJO-BAM, ECF No. 2.

3. On October 8, 2013, Plaintiffs filed their *Summons Returned Executed*, with a service date of September 30, 2013, making the responsive pleading by the United States

due to be filed on November 29, 2013. ECF No. 20.

4. On October 23, 2013, the parties stipulated and agreed that it was in the interests of justice that the Court stay the instant matter. ECF No. 21.

5. On October 24, 2013, the Court ordered the case stayed until January 30, 2014, and set a status hearing for January 30, 2014, at 10:00 a.m., in Courtroom 4, before the Honorable Magistrate Judge Barbara A. McAuliffe. ECF No. 22.

6. On January 22, 2014, the parties again jointly requested, and on January 24, 2014 the Court ordered an extension of the stay of the instant civil action until March 6, 2014.

7. Due to the continued and ongoing meetings and discussions currently taking place between the parties, the parties again jointly request an extension of the current stay until April 18, 2014.

8. One week prior to the expiration of the stay, the parties shall file a joint status report informing the court whether a continuation of the stay is necessary or, if not, then providing suggested responsive pleading deadlines and requesting resetting of the motion hearing.

9. Additionally, the parties continue to agree and stipulate that any applicable civil asset forfeiture or criminal asset forfeiture filing deadlines with regard to the seized assets shall be likewise tolled for the period covered by the extended stay, thus excepting the time during the pendency of the stay from any computation of filing deadlines.

Dated:   February 24, 2014           BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Heather Mardel Jones

HEATHER MARDEL JONES
Assistant United States Attorney

Dated:   February 24, 2014

/s/ Courtney J. Linn
COURTNEY J. LINN
Attorney for Plaintiffs

## ORDER

Based on the stipulation of the parties (Doc. 25), the stay in this action is hereby EXTENDED until April 24, 2014. Any applicable civil asset forfeiture or criminal asset forfeiture filing deadlines with regard to the seized assets shall be likewise tolled for the period covered by the stay.

The Court sets a status conference for April 24, 2014, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. One week prior to the expiration of the stay, the parties shall file a joint status report informing the court whether a continuation of the stay is necessary.

IT IS SO ORDERED.

Dated:   **February 24, 2014**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE