# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. NOTTOLI, et al., | 1:13-cv-1551-LJO-BAM |
| Plaintiffs, | ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL (DOC. 8) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On June 19, 2014, Victor A. Nottoli, Jun Wu, Dezheng Wu, The Only Source Corporation, BioNaturals, Inc., and Victor A. Nottoli and Jun Wu Living Trust (collectively, "Plaintiffs") filed a notice of voluntary dismissal of this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A). Doc. 31 at 1. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because Defendant has not filed an answer or motion for summary judgment. Plaintiffs request that the Court issue an order dismissing their complaint in its entirety without prejudice. *Id.*

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

**IT IS SO ORDERED**.

Dated: June 20, 2014

      /s/ Lawrence J. O'Neill
      LAWRENCE J. O'NEILL
      United States District Judge

1